IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LARRY DONNELL WRIGHT, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CR 122-114 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Petitioner's § 2255 motion. Therefore, the Court **VACATES** Petitioner's judgment in the criminal case entered on May 27, 2025. (Doc. no. 242.) Simultaneously with the entry of this Order, the Court is entering a new Judgment in the Criminal Case that reimposes the same sentence, identical in all respects to the original Judgment, save only for the date of entry.

The Court **HEREBY ADVISES** Petitioner that with the entry of the new judgment, he shall have all the rights associated with an appeal from any criminal sentence. Entry of the new judgment creates a fourteen-day period within which Petitioner may prosecute a direct appeal of his criminal conviction. Thus, Petitioner shall have fourteen days from the date of entry of the new judgment to file a notice of appeal. Attorney Lloyd D. Murray, Sr.,

Petitioner's retained counsel in his underlying criminal case, filed a notice of no objection to the Report and Recommendation, in which he states he intends to file a Notice of Appeal on Petitioner's behalf following the re-imposition of the sentence. (Doc. no. 251.) Mr. Murray also states "the filing of the Notice of Appeal will preserve Petitioner's appellate rights while affording Petitioner the opportunity to obtain appellate counsel." (Id. at 1.) The Court reminds Mr. Murray that he is still under an obligation to represent Petitioner throughout the appeal unless and until Petitioner obtains different counsel or the Court orders otherwise. (See doc. no. 212); see also Loc. Crim. R. 1B(a); 11th Cir. R. 46-10(a).

Upon the foregoing, the Court **CLOSES** this § 2255 case and **DIRECTS** the Clerk to enter final judgment in favor of Petitioner.

SO ORDERED this _____ day of April, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2